LOUISIANA CONSTRUCTION CORP., Appellant, v. CORTLAND BAY SHORE CORPORATION, Respondent.— Order denying plaintiff's motion to renew and/or reargue motion to punish the respondent and its president for contempt for failing to comply with a judgment of specific performance, reversed on the law, without costs, and without prejudice to appellant making another application for the same relief, if so advised. In the absence of express consent, the Justice was without power to hear the motion or to make the order. (N. Y. Const., art. VI, § 2.) The order, therefore, is a nullity. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

WILLIAM LUTZ, Respondent, v. MARION L. VAN VALKENBURGH et al., Appellants.— Action to establish plaintiff's right to an easement over certain lands owned by defendants and for injunctive relief to protect such easement. Judgment in favor of plaintiff, entered after trial before an official referee, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

RUTH K. ORT, Respondent, v. NATHAN ORT, Appellant, et al., Defendants.— In an action for rescission of the sale of the business of a copartnership, together with the transfer of its assets, including a bank account, order granting respondent's motion to strike out, as insufficient in law, appellant's second separate defense, to the effect that respondent is not the real party in interest and that the real party in interest placed his interest in the partnership in the name of respondent in order to evade his creditors, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

EDITH PRICE, Respondent, v. PAUL HERMAN, Appellant.— Appeal by defendant from so much of an order granting plaintiff's motion for an injunction *pendente lite* which enjoins defendant "from removing the Bakery Business and Baking Business" heretofore conducted by him at 176 North Main Street, Freeport, New York, and directs him "to continue the operation of the said Bakery and Baking Business". Order modified on the law and the facts by striking therefrom the second and third ordering paragraphs and inserting in place thereof a provision denying the motion to restrain defendant from removing the bakery business and baking business conducted by him at 176 North Main Street, Freeport, New York, and directing him to continue the said business *pendente lite.* As thus modified, the order, insofar as appealed from, is affirmed, with $10 costs and disbursements to appellant. In view of all the circumstances, and the fact that the case has been set for early trial, it was an improvident exercise of discretion to grant the temporary injunction which gives plaintiff all the relief to which she would be entitled if she ultimately prevails. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.